CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
APR 27 2007
JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| MELISSA BARBOUR HEAD, | CASE NO. 4:06CV00057 |
| Plaintiff, | |
| v. | REPORT AND RECOMMENDATION |
| MICHAEL J. ASTRUE[1], | By: B. Waugh Crigler |
| Commissioner of Social Security, | U. S. Magistrate Judge |
| Defendant. | |

Upon motion of the Commissioner and the consent of the plaintiff, by counsel, it is

R E C O M M E N D E D

that the presiding District Judge enter an order remanding this action for further proceedings under 42 U.S.C. § 405(g) and, by separate order, enter final judgment dismissing this action. Fed.R.Civ.P. 58; *Shalala v. Schaefer*, 509 U.S. 292, 297-98 (1933).

The Clerk is directed to immediately transmit the record in this case to the presiding United States District Judge. Both sides are reminded that pursuant to Rule 72(b) they are entitled to note objections, if any they may have, to this Report and Recommendation within (10) days hereof. Any adjudication of fact or conclusion of law rendered herein by the undersigned not specifically objected to within the period prescribed by law may become conclusive upon the parties. Failure to file specific objections pursuant to 28 U.S.C. § 636(b)(l)(c) as to factual recitations or findings as well as to the conclusions reached by the

---

[1] On February 12, 2007, Michael J. Astrue became the Commissioner of Social Security. In accordance with Rule 25(d)(1) of the Federal Rules of Civil Procedure, he should be substituted for Linda S. McMahon as the defendant.

undersigned may be construed by any reviewing court as a waiver of such objection. The Clerk is directed to send a certified copy of this Report and Recommendation to all counsel of record.

ENTERED: _____
Judge

April 27, 2007
Date